Opinion PER CURIAM.

---

# Holmes v. The State.

APPEAL from the Circuit Court of Covington.
Tried before the Hon. JOHN P. HUBBARD.

POWELL, ALBRITTON & ALBRITTON, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant was indicted, tried and convicted for gaming.

This case is reversed and remanded on the authority of *Lewis v. State, ante,* p. 126.

Opinion by McCLELLAN, C. J.